UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 2 5 2008 LW
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Derrick Cail

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department of Corrections

08CV4837
JUDGE LEFKOW
MAG. JUDGE ASHMAN

Case _____
(To be supplied by the _____)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Derrick Cail

B. List all aliases: James Sinor

C. Prisoner identification number: 20080001009

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, Illinois, 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Div #9 Correctional Officer's

Title: Correctional Officer Security

Place of Employment: Cook County Jail

B. Defendant: ___

Title: ___

Place of Employment: ___

C. Defendant: ___

Title: ___

Place of Employment: ___

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

9-25-08

I Derrick Cail was in Menard C.C., I think in was 1993 or 1994 when I filed a law-suit against a LT. Littleton and pickett-man if I can remember, the case got dismissed because I missed a dead-line back in "94" or "95" was it, I don't remember the judge who was assigned to the case nor do I remember the county Menard's in. Thank You! They Forged document against me to give me a "staff assault" which carried a year across the board. meaning in the hole or segergation.

Derrick Cail

I hope this note have been of some help!...

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____
_____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____

    D.    List all defendants: _____
_____
_____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____
_____

[handwritten margin note: ← See Attach Note]

    G.    Basic claim made: _____
_____
_____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was arrested 1-3-08 and was brought to the Cook County Department of Corrections 1-5-08, I was told that I would be housed in Div #9 maximum security and upon arriving there I was told to take my cloths off and put them into a clothing bag and give to the Officer's and they will give me a reciept which they did and I still have it to show, now I was transfered from Div #9 to Div #11 in June of this year, and upon doing that, I found out that my cloths and shoe's were missing now how can that be when I gave the Cook County Department Of Correction Officer's my cloths and shoes and the other part of the reciept?...

I've written a couple of Grievances concerning this matter and they failed to even try to solve this issue so here I am, Thank You., I also would like to impliment court cost in claim. May God Bless You!

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

This is A Multi-Million dollAr business And this shouldn't be happening to Anyone, I hAd A Grey LeAther CoAt $250.00, A $130.00 jean outfit, A $35.00 Nike fleece jAcket And A pAir of TimberlAnd gym shoe's which costed $85.00, Plus Court Cost Of This ClAim. Thank You!

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 25th day of July, 2008.

Derrick Cail
(Signature of plaintiff or plaintiffs)

Derrick CAiL
(Print name)

2008COO1009
(I.D. Number)

Chicago Cook County Department Of Corrections, P.O. Box 089002, Chicago, Illinois, 60608
(Address)

6 Revised 9/2007