AO 450(Rev. 5/85)Judgment in a Civil Case

AO 450(Rev. 5/85)Judgment in a Civil Case

MHN

# United States District Court
## Northern District of Illinois
### Eastern Division

Cail

v.

Cook County Department of Corrections

**JUDGMENT IN A CIVIL CASE**

Case Number: 08 C 4837

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that case dismissed pursuant to 28 U.S.C. §1915A(b)(1) for failure to state a claim.

Michael W. Dobbins, Clerk of Court

Date: 8/28/2008

/s/ Michael Dooley, Deputy Clerk